UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEFFREY E. LARKIN, | |
| Petitioner, | |
| v. | CAUSE NO.: 3:23-CV-686-HAB-SLC |
| INDIANA ATTORNEY GENERAL, | |
| Respondent. | |

ORDER

Jeffrey E. Larkin, a prisoner proceeding without a lawyer, filed a habeas corpus petition under 28 U.S.C. § 2254 challenging a state conviction. The docket reflects that he has not paid the $5.00 filing fee or moved for leave to proceed in forma pauperis. He must take one of these two steps for the case to proceed. If he moves for leave to proceed in forma pauperis, he must attach a certified copy of his trust fund ledgers for the past six months. He is cautioned that if he presently has more than $15.00 in his trust account (or has received an average of $15.00 a month or more in deposits for the past six months), he will be required to pay the filing fee.

For these reasons, the court:

(1) GRANTS the petitioner to and including **August 11, 2023**, to either pay the $5.00 filing fee or file a motion for leave to proceed in forma pauperis accompanied by a certified copy of his trust fund ledgers for the past six months; and

(2) CAUTIONS him that if he does not respond by the deadline, this case is subject to dismissal without further notice for lack of prosecution.

SO ORDERED on July 25, 2023.

                                                     s/Holly A. Brady
                                                    CHIEF JUDGE HOLLY A. BRADY
                                                    UNITED STATES DISTRICT COURT